UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

In Re: Granulated Sugar
Antitrust Litigation

MDL No. 24-3110 (JWB/DTS)

**PRETRIAL ORDER NO. 10:**
**Order Reappointing Counsel**

---

Pursuant to Pretrial Order Nos. 4 (Doc. No. 256) and 5 (Doc. No. 265), the Court's Order Amending Pretrial Order No. 4 (Doc. No. 371), and the applications for reappointment submitted by counsel for the Direct Purchaser Plaintiffs', Commercial Indirect Purchaser Plaintiffs', Consumer Indirect Purchaser Plaintiffs' (collectively, "Plaintiffs"), and Defendants, including by Defendants ASR Group International, Inc. ("ASRGI"), American Sugar Refining, Inc. ("ASR, Inc."), and Domino Foods, Inc. ("Domino"),

**IT IS HEREBY ORDERED** that:

1. The applications for reappointment (Doc. Nos. 436, 446, 451) are **GRANTED**.

2. Appointments for those serving on the PSC and DSC are for a one-year term, are specific to each appointee and not generally to the respective law firms, and each appointee must reapply annually to continue serving on the PSC and DSC.

3. Appointments to the Plaintiff Subgroup Committees are for a one-year term, are specific to each respective law firm, and appointees must reapply annually to continue serving on the Plaintiff Subgroup Committees.

4. The following counsel and firms are reappointed for a one-year term (effective October 30, 2025):

**Plaintiffs' Steering Committee ("PSC") Appointments**

| Firm/Attorney | Role | Plaintiff Subgroup |
|---|---|---|
| Gustafson Gluek PLLC (Daniel Gustafson) | PSC Member, Co-Lead for DPP Subgroup, and PSC Liaison | Direct Purchasers |
| Roberts Law Firm US, PC (Michael Roberts) | PSC Member and Co-Lead for DPP Subgroup | Direct Purchasers |
| Robins Kaplan LLP (Stacey Slaughter) | PSC Member and Co-Lead for CIPP – Consumer Subgroup | Indirect Consumer Purchasers |
| Lowey Dannenberg, P.C. (Peter Barile, III) | PSC Member and Co-Lead for CIPP – Consumer Subgroup | Indirect Consumer Purchasers |
| Fegan Scott LLC (Elizabeth Fegan) | PSC Member and Co-Lead for CIPP – Consumer Subgroup | Indirect Consumer Purchasers |
| Lockridge Grindal Nauen PLLP (Heidi Silton) | PSC Member and Co-Lead for CIPP – Commercial Subgroup | Indirect Commercial Purchasers |
| Freed Kanner London & Millen LLC (Kimberly Justice) | PSC Member and Co-Lead for CIPP – Commercial Subgroup | Indirect Commercial Purchasers |

**Plaintiff Subgroup Committees Appointments**

| Plaintiff Subgroup | Firm/Attorney | Role |
|---|---|---|
| Direct Purchaser Plaintiffs ("DPP") | Gustafson Gluek PLLC<br><br>Roberts Law Firm US, PC | Co-Lead Counsel for DPP<br><br>Co-Lead Counsel for DPP |
| Indirect Consumer Purchaser Plaintiffs ("CIPP – Consumer") | Robins Kaplan LLP<br><br>Lowey Dannenberg, P.C. | Co-Lead Counsel for CIPP – Consumer |

| Plaintiff Subgroup | Firm/Attorney | Role |
|---|---|---|
| | Fegan Scott LLC | Co-Lead Counsel for CIPP – Consumer |
| | | Co-Lead Counsel for CIPP – Consumer |
| Indirect Commercial Purchaser Plaintiffs ("CIPP – Commercial") | Lockridge Grindal Nauen PLLP | Co-Lead Counsel for CIPP – Commercial |
| | Freed Kanner London & Millen LLC | Co-Lead Counsel for CIPP – Commercial |
| | Larson King LLP | Co-Lead Counsel for CIPP – Commercial |
| | Cuneo Gilbert & LaDuca, LLP | Co-Lead Counsel for CIPP – Commercial |
| | Zimmerman Reed, LLP | Co-Lead Counsel for CIPP – Commercial |
| | Tostrud Law Group, P.C. | Co-Lead Counsel for CIPP – Commercial |

## Defendants' Steering Committee ("DSC") Appointments

| Defendant | Counsel | Firm | Role |
|---|---|---|---|
| United Sugar Producers & Refiners Cooperative | Lawrence Buterman | Latham & Watkins LLP | Defendants' Lead Counsel and Liaison Counsel |
| Michigan Sugar Company | Vanessa Jacobsen | Eimer Stahl LLP | DSC Member |
| Commodity Information, Inc., and Mr. Richard Wistisen | Christopher Plumlee | RMP LLP | DSC Member |
| Louis Dreyfus Company LLC | Timothy Cameron | Cravath, Swaine & Moore LLP | DSC Member |
| U.S. Sugar Savannah Refinery, LLC | David Kully | Holland & Knight LLP | DSC Member |

3

| ASR Group International, Inc., American Sugar Refining, Inc., and Domino Foods, Inc. | Djordje Petkoski | Paul, Weiss, Rifkind, Wharton & Garrison LLP | DSC Member |

5. Consistent with Pretrial Order No. 5, counsel shall file applications to renew their appointments no later than **September 15, 2026**.

Date: October 16, 2025

*s/ Jerry W. Blackwell*
JERRY W. BLACKWELL
United States District Judge